
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ June 10 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NO. 03-CV- 4595(JG/ASC)

DIRECTV, INC., a California corporation,

Plaintiff,

v.

CHUCK CHAN,

Defendant.

DEFAULT JUDGMENT
AGAINST DEFENDANT
CHUCK CHAN

This action having been commenced on September 12, 2003 by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been served on the defendant on November 12, 2003 by affixing copies of the Summons and Complaint to the door of the premises located at 147-18 Roosevelt Avenue, 2nd Floor, Flushing, NY 11354, and by mailing copies of Summons and Complaint to defendant's address at 147-18 Roosevelt Avenue, 2nd Floor, Flushing, NY 11354 on November 13, 2003 and a proof of service having been filed on November 20, 2003, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant CHUCK CHAN in ~~the liquidated amount of Fifty Thousand~~ and an amount to be determined by the ~~00/100 Dollars ($50,000.00) plus attorneys' fees and costs~~. assigned magistrate judge, to whom the matter is referred for an R + R.

Dated: New York, New York

s/John Gleeson  6-7-05
U.S.D.J.

This document was entered on the docket on _____.

1