UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIRECTV, INC.,

                          Plaintiff,

-against-

CHUCK CHAN,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV-4595 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 13 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 9, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated December 15, 2005; and directing the Clerk of Court to enter judgment awarding plaintiff statutory damages of $10,000.00, as well as attorneys' fees and costs of $850.00, for a total award of $10,850.00 against defendant, Chuck Chan; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered in favor of plaintiff, Directv, Inc., and against defendant, Chuck Chan, awarding plaintiff statutory damages of $10,000.00, as well as attorneys' fees and costs of $850.00, for a total award of $10,850.00.

Dated: Brooklyn, New York
        January 12, 2006

                                                                               s/Robert C. Heinemann
                                                                                 ROBERT C. HEINEMANN
                                                                                 Clerk of Court